UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 03-74627 |
| AURORA & ASSOCIATES, INC., | Chapter 7 |
| Debtor | Judge Thomas J. Tucker |
| _____/ | |
| HEALTH CARE PARTNERS, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 06-04609 |
| JOSEPH J. WHALL, et al., | |
| Defendants. | |
| _____/ | |

**ORDER DENYING AS MOOT PENDING MOTIONS TO DISMISS
AND/OR FOR SUMMARY JUDGMENT**

This case is before the Court on several motions seeking dismissal of, or alternatively, summary judgment on claims in Plaintiff's "First Amended Complaint" (Docket # 6). These motions are: (1) "Defendants' [Schafer & Weiner, PLLC, Michael E. Baum, and Joseph K. Grekin's] Motion to Dismiss Under Fed R Civ P 12(b)(6)And/or for Summary Judgment Under Fed R Civ P 56" (Docket # 27); (2) "Defendants Charles D. Bullock and Stevenson & Bullock, PLC's Motion to Dismiss or in the Alternative, for Summary Judgment" (Docket # 39); and (3) "Defendants Charles D. Bullock and Stevenson & Bullock, PLC's Concurrence in Co-Defendants Schafer & Weiner, Joseph Grekin and Michael Baum's Motion to Dismiss and/or for Summary Judgment" (Docket # 45).

On December 1, 2006, Plaintiff filed a "Second Amended Complaint" (Docket # 75), which, among other changes, appears to have replaced two counts in the First Amended

Complaint with two other counts: Count VIII for "Tortious Interference With Contractual Relations and Business Expectancies" in the First Amended Complaint was replaced by Count VIII for "Criminal Contempt of Court" in the Second Amended Complaint, and Count XI for "Breach of Fiduciary Duty" in the First Amended Complaint was replaced by Count XI for "Unauthorized Postpetition Transfers" in the Second Amended Complaint.[1] Plaintiff's Second Amended Complaint has now superceded the First Amended Complaint. Because of this, Defendants' motions for dismissal of, and/or for summary judgment on, the First Amended Complaint are now moot. Accordingly,

IT IS ORDERED that (1) "Defendants' [Schafer & Weiner, PLLC, Michael E. Baum, and Joseph K. Grekin's] Motion to Dismiss Under Fed R Civ P 12(b)(6)And/or for Summary Judgment Under Fed R Civ P 56" (Docket # 27); (2) "Defendants Charles D. Bullock and Stevenson & Bullock, PLC's Motion to Dismiss or in the Alternative, for Summary Judgment" (Docket # 39); and (3) "Defendants Charles D. Bullock and Stevenson & Bullock, PLC's Concurrence in Co-Defendants Schafer & Weiner, Joseph Grekin and Michael Baum's Motion to Dismiss and/or for Summary Judgment" (Docket # 45), are each DENIED as moot.

This Order is without prejudice to Defendants' right to file motions for dismissal and/or for summary judgment directed to Plaintiff's Second Amended Complaint. To the extent they wish to do so, Defendants may file and serve a new motion and 15-day notice, and then simply incorporate by reference the briefs and exhibits filed with their previously-filed motions.

---

[1] On December 12, 2006, Defendants Schafer & Weiner, PLLC, Michael E. Baum, and Joseph K. Grekin filed a supplemental brief in support of their motion to dismiss and/or for summary judgment on the claims in Plaintiff's First Amended Complaint, which addresses only the Criminal Contempt Count of the Plaintiff's Second Amended Complaint.

Plaintiff may likewise respond to any such new motions in like manner, to the extent it wishes to do so.

**Signed on December 14, 2006**

                                                             **/s/ Thomas J. Tucker**
                                                        **Thomas J. Tucker**
                                                       **United States Bankruptcy Judge**